**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
THE FOOD MILL, INC.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| MERYL POMPONIO,<br><br>  Plaintiff,<br><br>vs.<br><br>THE FOOD MILL, INC., as an entity and doing business as "The Food Mill", MACARTHUR HOLDINGS, LLC, and DOES 1-50, Inclusive,<br><br>  Defendants.<br>_____ / | Case No.: 3:20-cv-07041-RS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL; ORDER**<br><br>Filed: 10/8/2020 |

{02643588.DOCX}

1
STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL; [PROPOSED] ORDER

The parties have settled the instant case. The Court previously set a deadline for dispositional documents to be filed by March 10, 2022. The parties have been working on a Settlement Agreement and Release. Despite the parties' diligent efforts, the Settlement Agreement and Release has not yet been executed. The parties stipulate to continue the deadline to file dispositional documents to May 9, 2022.

Dated: March 9, 2022   MALAKAUSKAS LAW, APC

By  /s/ *Daniel Malakauskas*
    Daniel Malakauskas
    Attorneys for Plaintiff

Dated:   March 9, 2022   PORTER SCOTT
A PROFESSIONAL CORPORATION

By:  /s/ *William E. Camy*
     William E. Camy
     Attorney for Defendant
     THE FOOD MILL

## ORDER

Good cause appearing, **IT IS ORDERED** that the deadline for the parties to file Dispositional documents is extended to May 9, 2022.  Order to Show Cause Hearing set for May 19, 2022 at 1:30 pm.

DATED: 3/9/2022

_____
JUDGE RICHARD SEEBORG

{02643588.DOCX}

2
STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL; [PROPOSED] ORDER